IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH DAVID VINCZE,

    Plaintiff,                  No. CIV S-02-1719 LKK KJM P

    vs.

LEON ROBINSON,

    Defendant.               ORDER

_____/

        In accordance with the Ninth Circuit Court of Appeal's June 24, 2004 order remanding this case, IT IS HEREBY ORDERED that:

        1. The court's September 10, 2003 order dismissing this action is vacated;

        2. With the exception of footnote #2, the findings and recommendations filed June 11, 2003 by the magistrate judge assigned to this case are adopted in full;

        3. Defendant's February 13, 2003 motion to dismiss is granted except as to plaintiff's claim that defendant retaliated against him by not providing plaintiff with a copy of a

/////

/////

/////

/////

Dockets.Justia.com

1  June 2000 petition for writ of certiorari filed in the United States Supreme Court because
2  plaintiff named defendant in an inmate grievance; and
3             4. This matter is remanded to the magistrate judge for further proceedings.
4  DATED: May 17, 2005.

                                          /s/Lawrence K. Karlton
                                          UNITED STATES DISTRICT JUDGE

vinc1719.805