IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH DAVID VINCZE,

Plaintiff, No. CIV S-02-1719 LKK KJM P

vs.

LEON ROBINSON

Defendant. ORDER

___________________________________/

Plaintiff is a prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. The only claim that remains is plaintiff's claim that defendant retaliated against him by not providing plaintiff with a copy of a June 2000 petition for writ of certiorari filed in the United States Supreme Court because plaintiff named defendant in an inmate grievance. Defendant has not yet filed his answer. Good cause appearing, defendant will be ordered to do so. After defendant answers, the court will issue a scheduling order.

/////

/////

/////

/////

/////

Accordingly, IT IS ORDERED that defendant file his answer within twenty days of this order.

DATED: October 12, 2005.

UNITED STATES MAGISTRATE JUDGE

1
vinc1719.rem