1

2

3

4

5

6

7

8                           IN THE UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10     JOSEPH DAVID VINCZE,

11               Plaintiff,                    No. CIV S-02-1719 LKK KJM P

12          vs.

13     LEON ROBINSON,

14               Defendant.                    <u>DISCOVERY ORDER</u>

15     _____/

16               Defendant Robinson has answered the complaint.  Pursuant to Federal Rules of

17     Civil Procedure 1, 16, and 26-36, discovery shall proceed as follows:

18               1.  Discovery requests shall be served by the party seeking the discovery on all

19     parties to the action.[1]  Discovery requests shall not be filed with the court except when required

20     by Local Rules 30-250(a), 33-250(c), 34-250(c) and 36-250(c);

21               2.  Responses to written discovery requests shall be due forty-five days after the

22     request is served;

23     /////

24

25          [1] If an attorney has filed a document with the court on behalf of any defendant, then
       plaintiff must serve documents on that attorney and not on the defendant.  <u>See</u> Fed. R. Civ. P.
26     5(b).

1

3.  The parties are cautioned that filing of discovery requests or responses, except as required by rule of court, may result in an order of sanctions, including, but not limited to, a recommendation that the action be dismissed or the answer stricken;

4.  Pursuant to Federal Rule of Civil Procedure 30(a), defendants may depose plaintiff and any other witness confined in a prison upon condition that, at least fourteen days before such a deposition, defendants serve all parties with the notice required by Fed. R. Civ. P. 30(b)(1); and

5.  If disputes arise about the parties' obligations to respond to requests for discovery, the parties shall comply with all pertinent rules including Rules 5, 7, 11, 26, and 37 of the Federal Rules of Civil Procedure and Rules 5-134, 5-135, 6-136, 7-130, 7-131, 7-132, 11-110, 43-140, and 78-230(m) of the Local Rules of Practice for the United States District Court, Eastern District of California; unless otherwise ordered, Local Rule 37-251 shall not apply. Filing of a discovery motion that does not comply with all applicable rules may result in imposition of sanctions, including but not limited to denial of the motion.

DATED:  February 6, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

1/kf
vinc1719.440

2