IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JOSEPH DAVID VINCZE,** | 2:02-cv-1719 LKK KJM P |
| Plaintiff, | **ORDER** |
| v. | |
| **LEON ROBINSON,** | |
| Defendant. | |

The Court, having considered Defendant's request for an extension of time to file an opposition to Plaintiff's motion to compel production of documents and for sanctions, and good cause having been found:

**IT IS HEREBY ORDERED**: Defendant shall be granted an extension of time, to and including July 14, 2006, to file his opposition to Plaintiff's motion to compel production of documents and for sanctions.

Dated: June 15, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

Order
1