IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH DAVID VINCZE,

        Plaintiff,               No. CIV S-02-1719 LKK KJM P

   vs.

LEON ROBINSON,

        Defendant.         <u>ORDER</u>

_____/

        The court notes that this matter is scheduled for trial on February 7, 2007. In light of the fact that there are several outstanding motions, the trial date is hereby vacated and will be reset, if necessary, at a later date.

DATED: January 19, 2007.

                                   _____
                                   U.S. MAGISTRATE JUDGE

1
vinc1719.tri

1