IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH DAVID VINCZE,

        Plaintiff,              No. CIV S-02-1719 LKK KJM P

    vs.

LEON ROBINSON,

        Defendant.           ORDER

_____/

        Plaintiff is a California prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. On April 29, 2009, this matter came on for status conference. David Poore appeared telephonically on behalf of plaintiff and Deputy Attorney General Constance Picciano appeared on behalf of defendant. Based upon the conversation occurring at the status conference, the record before the court and good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff shall file an amended pretrial statement within twenty days;

        2. Defendant shall file an amended pretrial statement within fifteen days of service of plaintiff's pretrial statement;

        3. This matter is set for trial confirmation hearing on June 29, 2009 at 11:15 a.m. before the Honorable Lawrence K. Karlton; and

1

1     4.  This matter is set for trial on September 29, 2009 at 10:30 a.m. before the
2 Honorable Lawrence K. Karlton.
3 DATED:  April 29, 2009.

*/s/ signature*
U.S. MAGISTRATE JUDGE

vinc1719.oah