IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH DAVID VINCZE,

        Plaintiff,                   No. CIV S-02-1719 LKK KJM P

    vs.

LEON ROBINSON,

        Defendant.           ORDER

_____/

        Plaintiff is a California prisoner proceeding with an action for violation of civil rights under 42 U.S.C. § 1983.  Plaintiff shall file an amended pretrial statement by June 26, 2009, and defendant shall file an amended pretrial statement within fifteen days of service of plaintiff's pretrial statement.  The trial confirmation hearing date of June 29, 2009 and the trial date of September 29, 2009 are hereby vacated, to be reset at a later date.

        IT IS SO ORDERED.

DATED: June 23, 2009.

_____
U.S. MAGISTRATE JUDGE

vinc1719.vac