IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH DAVID VINCZE,

      Plaintiff,                    No. CIV S-02-1719 LKK KJM P

   vs.

LEON ROBINSON,

      Defendant.                ORDER

_____/

      In light of the stipulation filed by the parties on August 28, 2009, and good cause appearing, IT IS HEREBY ORDERED that:

      1. This matter is referred to the court's Alternative Dispute Resolution Coordinator, Sujean Younger, for the scheduling of a settlement conference.

      2. The dates established in the court's June 23, 2009 order for the filing of pretrial statements, trial confirmation hearing and trial are vacated.

      3. The Clerk of the Court is directed to serve a copy of this order on Sujean Younger.

/////

/////

/////

1        4. This matter is set for status conference on January 14, 2010 at 10:00 a.m.
2  before the undersigned. If this matter settles at any time before that date, the parties shall so
3  notify the court in accordance with the Local Rules.
4  DATED: September 1, 2009.

                                                    U.S. MAGISTRATE JUDGE

1
vinc1719.vac