IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH DAVID VINCZE,

      Plaintiff,                    No. CIV S-02-1719 LKK KJM P

    vs.

LEON ROBINSON,

      Defendant.            <u>ORDER AND ORDER TO SHOW CAUSE</u>

_____/

        A status conference was held in this action on January 13, 2010. David Poore appeared telephonically on behalf of plaintiff. No appearance was made on behalf of defendant. In light of the record before the court, the conversation occurring at the status conference and good cause appearing, IT IS HEREBY ORDERED that:

        1. Counsel for defendant shall show cause within five days why she should not be sanctioned for failing to appear at the January 13, 2010 status conference.

        2. This case is referred back to the court's Alternative Dispute Resolution Coordinator, Sujean Younger, for the scheduling of the settlement conference previously requested by counsel. The settlement conference shall occur before a judge of this court and take place no later than March 12, 2010, at the United States Courthouse in Sacramento. The court will issue a writ of habeas corpus ad testificandum for plaintiff to appear. Counsel for each party

1

shall also appear, as shall either Ben Rice or Stephanie Clauss from the California Department of Corrections and Rehabilitation as defendant's representative.

3. If this case does not settle as a result of the mandatory settlement conference ordered above, this matter will proceed to trial. Plaintiff's amended pretrial statement will be due by March 27, 2010 and defendant's amended pretrial statement will be due by April 10, 2010.

4. Trial will be held before the Honorable Lawrence K. Karlton on June 2, 2010 at 10:30 a.m. The dates for filing of pretrial statements and for trial are firm dates that the court plans to maintain and enforce. If any person seeks to modify these dates, that person shall be required to demonstrate extraordinary cause for such modification.

5. The Clerk of the Court is directed to serve a copy of this order on the court's ADR and Pro Bono Program coordinator, Sujean Younger.

DATED: January 13, 2010.

_____
U.S. MAGISTRATE JUDGE

1
vinc1719.osc

2