IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH DAVID VINCZE,

    Plaintiff,             No. CIV S-02-1719 LKK KJM P

    vs.

LEON ROBINSON,

    Defendant.            <u>ORDER</u>

_____/

    Good cause appearing from the response filed by counsel for defendant on January 19, 2010, IT IS HEREBY ORDERED that the court's January 14, 2010 order to show cause is discharged.

DATED: January 20, 2010.

                                   U.S. MAGISTRATE JUDGE

---

1 vinc1719.dosc

1