# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

JOSEPH DAVID VINCZE,

        Plaintiff,        Case No. 2:02-CV-1719-LKK-KJM

vs.

LEON ROBINSON,

        Defendant.        **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

        Joseph David Vincze, inmate # C-87243, a necessary and material witness in proceedings in this case on March 17, 2010, is confined in Sierra Conservation Center, 5100 O'Byrnes Ferry Road, Jamestown, California, 95327, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before District Judge Morrison C. England, Jr., to appear by teleconference at Sierra Conservation Center, on Wednesday, March 17, 2010 at 2:00 p.m.

        ACCORDINGLY, IT IS ORDERED that:

        1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate by teleconference in a mediation conference at the time and place above, until completion of the mediation conference or as ordered by Judge England; and

        2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, Sierra Conservation Center, 5100 O'Byrnes Ferry Road, Jamestown, California, 95327:**

        **WE COMMAND** you to produce the inmate named above to testify before Judge England by teleconference at the time and place above, until completion of the mediation conference or as ordered by Judge England.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: March 10, 2010.

                                          U.S. MAGISTRATE JUDGE

vinc1719.841