UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOSEPH DAVID VINCZE,             No. 2:02-CV-01719-LKK-KJM

    Plaintiff,                     **ORDER**

    vs.

LEON ROBINSON,

    Defendant.

_____/

        Plaintiff is a prisoner proceeding through counsel with an action under 42 U.S.C. § 1983.  This case will be referred to District Judge Morrison C. England, Jr. to conduct a settlement conference on March 17, 2010, at 2:00 p.m. in Courtroom #7.  Plaintiff is to appear by counsel and be available by telephone at the institution.

        In accordance with the above,  IT IS HEREBY ORDERED that:

        1. This case is set for mediation before District Judge Morrison C. England, Jr., on March 17, 2010, at 2:00 p.m. at the U.S. District Court, 501 I Street, Sacramento, in Courtroom #7.

        2. Counsel for each party shall appear, as shall either Benjamin Rice or Stephanie Clauss from the California Department of Corrections and Rehabilitation as defendant's representative, with full settlement authority.

1

1  3. The parties are to provide confidential settlement conference statements to
2  Sujean Park, ADR and Pro Bono Program Director, 501 I Street, Suite 4-200, Sacramento,
3  California 95814, so they arrive no later than March 12, 2010.

4  4. The Custodian, Warden at Sierra Conservation Center, 5100 O'Byrnes Ferry
5  Road, Jamestown, California 95327, is ordered to have the plaintiff (C-87243) available via
6  telephone for the settlement conference.

7  5. The Custodian is further ordered to notify the court of any change in custody
8  of this inmate and is ordered to provide the new custodian with a copy of this order.

9  6. The Clerk of the Court is directed to serve a copy of this order on the Warden
10 at Sierra Conservation Center at the above address and a courtesy copy of this order on the
11 Litigation Office at Sierra Conservation Center via fax at (209) 984-3843.

12 7. The Clerk of the Court is directed to serve a copy of this order on Benjamin
13 Rice and Stephanie Clauss via fax at (916) 327-5306.

14 DATED: March 10, 2010.

_____
U.S. MAGISTRATE JUDGE