IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH DAVID VINCZE,

        Plaintiff,                No. CIV S-02-1719 LKK KJM P

    vs.

LEON ROBINSON,

        Defendant.        <u>ORDER</u>

                              /

        The parties reached a settlement agreement in this case on March 17, 2010. Good cause appearing, IT IS HEREBY ORDERED that the parties file their stipulation of dismissal within sixty days.

DATED: April 2, 2010.

                                                                        U.S. MAGISTRATE JUDGE

1
vinc1719.dis