IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH DAVID VINCZE,

    Plaintiff,            No. CIV S-02-1719 LKK KJM P

    vs.

LEON ROBINSON,

    Defendant.          ORDER TO SHOW CAUSE

_____/

        On March 17, 2010, a settlement agreement was reached in this case following a settlement conference. On April 2, 2010, the court ordered the parties to file their stipulation of dismissal within sixty days. The stipulation of dismissal has not been filed, an explanation as to why it has not been filed has not been provided and a request for an extension of time to file the stipulation has not been sought. In light of these facts IT IS HEREBY ORDERED that:

        1. Plaintiff shall show cause within seven days why this action should not be dismissed under Rule 41(b) of the Federal Rules of Civil Procedure; and

/////

/////

/////

/////

1

          2.  Counsel for each party show cause within seven days why they each should not be sanctioned in the amount of $250.00.

DATED: June 10, 2010.

_____
U.S. MAGISTRATE JUDGE

vinc1719.osc