IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH DAVID VINCZE,

        Plaintiff,                    No. CIV S-02-1719 LKK KJM P

    vs.

LEON ROBINSON,

        Defendant.              ORDER

_____/

       Good cause appearing, IT IS HEREBY ORDERED that:

       1. The order to show cause issued June 10, 2010 is discharged; and

       2. The parties shall file their stipulation of dismissal within thirty days.

DATED: June 25, 2010.

_____
U.S. MAGISTRATE JUDGE

1
vinc1719.ocsd