IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH DAVID VINCZE,

    Plaintiff,                       No. CIV S-02-1719 LKK KJM P

    vs.

LEON ROBINSON,

    Defendant.                  ORDER

/

          On August 6, 2010, the court ordered the attorneys for the parties to show cause by August 25, 2010 why they should not each be sanctioned in the amount of $500.00 for failing to comply with the court's June 25, 2010 order. Counsel for defendant, Deputy Attorney General Constance Picciano, responded to the order in writing and appeared at hearing on August 25 with Deputy Attorney General Kenneth Williams. Counsel for plaintiff, David Poore, did not appear and did not otherwise respond to the court's order to show cause.

          In light of the representations made by counsel for defendant at the August 25, 2010 hearing, the record before the court and good cause appearing, IT IS HEREBY ORDERED that:

          1. As stated on the record on August 25, 2010, the court's order to show cause as it pertains to counsel for defendant is discharged.

        2. Counsel for plaintiff is sanctioned in the amount of $500.00. Counsel shall make payment to the Clerk of the Court within fourteen days.

DATED: November 3, 2010.

_____
U.S. MAGISTRATE JUDGE

---

1
vinc1719.osc